# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TOBI J. McBRIDE                                                                                    PLAINTIFF

V.                          NO. 1:11CV00082 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #13) is GRANTED. Plaintiff's Appeal Brief is due **on or before March 23, 2012.**

IT IS SO ORDERED this 16th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE