IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TOBI J. MCBRIDE**                                                                                     **PLAINTIFF**

**V.**                                               **1:11CV00082 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Defendant and against the Plaintiff.

IT IS SO ORDERED this 29th day of March, 2013.

_____
James M. Moody
United States District Judge